■ LEONARD C. SPANO, as Administrator of the Estate of MARK A. SPANO, Deceased, Appellant, v ROBERT L. RILEY et al., Defendants, and MACKENZIE SMITH MICHELL & HUGHES LAW FIRM et al., Respondents. (Appeal No. 2.) [665 NYS2d 366] —Appeal from order and judgment insofar as it denied reargument unanimously dismissed (see, Empire Ins. Co. v Food City, 167 AD2d 983, 984) and order and judgment affirmed without costs. (Appeal from Order and Judgment of Supreme Court, Onondaga County, Major, J.—Reargument.) Present—Green, J. P., Pine, Doerr, Balio and Fallon, JJ.